13 MAY -1 PM 1:48

DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>WEST LOS ANGELES VETERINARY MEDICAL GROUP, INC., a California Corporation, dba VCA MAIN STREET ANIMAL HOSPITAL; THOMAS W. MULLIGAN FAMILY 1994 TRUST; and DOES 1 through 50, Inclusive, | Case No.: 12-cv-1693 WMc<br><br>**ORDER ON JOINT MOTION FOR DISMISSAL**<br><br>[F.R.Civ.P. Rule 41(a)(1),(2)] |

**IT IS HEREBY ORDERED,** that the Complaint in USDC Case No.12-cv-1693-AJB (WMc) is hereby dismissed with prejudice in its entirety. The Parties shall each bear their own costs and fees, except as may otherwise be set forth in the Parties' written Settlement Agreement.

///
///
///
///
///
///
///
///

**IT IS FURTHER ORDERED,** that U.S. Magistrate Judge William McCurine, Jr., or any other U.S. Magistrate Judge which may be appointed by the Court, shall retain jurisdiction until October 31, 2014 over all further proceedings which may arise in this matter including, but not limited to, interpretation and enforcement of the terms of the written Settlement Agreement.

**IT IS SO ORDERED.**

DATED: 5/1/13

HONORABLE WILLIAM McCURINE, JR.
U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT